IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

IAIRE, LLC,

      Appellant,

  v.

COYOTE LOGISTICS, LLC,

      Appellee.

Case No.  5D21-2729
LT Case No. 2018-CA-013766-O

_____/

Decision filed October 25, 2022

Appeal from the Circuit Court
for Orange County,
Vincent Falcone, III, Judge.

Christopher T. Hill, of Hill, Rugh,
Keller & Main, P.L., Orlando, for
Appellant.

Kevin P. Robinson, of Zimmerman,
Kiser & Sutcliffe, P.A., Orlando, and
Jeremiah R. Handschuh, of Mitchell-
Handschuh Law Group, LLC,
Atlanta, GA, for Appellee.

PER CURIAM.

     AFFIRMED.


WALLIS, EDWARDS and SASSO, JJ., concur.